IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DOROTHY MOORE, | : Civ. No. 1:24-CV-887 |
| Plaintiff, | : |
| v. | : (Chief Magistrate Judge Bloom) |
| PENN CREDIT CORP., | : |
| Defendant. | : |

## ORDER

AND NOW, this 15th day of May 2025, for the reasons set forth in the accompanying Memorandum Opinion, the defendant's motion to dismiss (Doc. 18) is GRANTED IN PART AND DENIED IN PART as follows:

1. The motion is GRANTED as to the plaintiff's PHRA retaliation claim; and

2. The motion is DENIED as to the plaintiff's ADEA and PHRA age discrimination claims.

<i>s/ Daryl F. Bloom</i><br>
Daryl F. Bloom<br>
Chief United States Magistrate Judge